ACCEPTED
04-15-00233-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/20/2015 12:00:00 AM
KEITH HOTTLE
CLERK

NO. 04-15-00233-CV

| | |
|---|---|
| IN THE COURT OF APPEALS<br><br>THE FOURTH DISTRICT OF TEXAS<br><br>SAN ANTONIO TEXAS | FILED IN<br>4th COURT OF APPEALS<br>SAN ANTONIO, TEXAS<br>04/18/2015 12:15:16 PM<br>KEITH E. HOTTLE<br>Clerk |

JEREMIAH MARTIN, and all other OCCUPANTS

Appellant

v.

FEDERAL NATIONAL MORTGAGE ASSOCIATION

Appellee.

Appeal from the County Court at Law Number Three
Bexar County, Texas
Trial Court Case No. 2015CV01933
Hon. David Rodrigquez, presiding

# APPELLANT'S EMERGENCY NOTICE OF FILING AFFIDAVIT REGARDING APPELLANT'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

TO THE HONORABLE COURT OF APPEALS:

COMES NOW APPELLANT, JEREMIAH MARTIN, who files this Emergency

Notice of Filing Affidavit which was inadvertently omitted from Appellant's

Emergency Motion for Temporary Restraining Order and which Affidavit is attached hereto as Exhibit A.

Date: April 18, 2015

Respectfully submitted,

/s/ JAMES MINERVE

James Minerve
State Bar No. 24008692
115 Saddle Blanket Trail
Buda, Texas 78610
(210) 336-5867
(888) 230-6397 (Fax)
Attorney for Appellant
Jeremiah Martin

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was sent to the Appellee in accordance with the Texas Rules of Civil Procedure on this 18th day of April, 2015:

Jeff Lewis
Robertson Anschutz Vetters
10333 Richmond Avenue, Suite 550
Houston, Texas 77042
Phone: (713) 980-9500
Fax: (713) 888-2703

/s/ James Minerve

_____
James Minerve

# APPELLANT EXHIBIT A

## GENERAL AFFIDAVIT

State of Texas/       §
County of _Hays_       §

BEFORE ME, the undersigned Notary, _Maria A. Rogers_   [name of Notary before whom affidavit is sworn], on this _18th_ day of _April_, 2015 personally appeared JAMES MINERVE, known to me to be a credible person and of lawful age, who being by me first duly sworn, on his oath, deposes and says:

1. I, JAMES MINERVE, am of sound mind and capable of making this affidavit. I have personal knowledge of the facts stated below. I understand that I can be held criminally responsible if I lie in this statement. This statement is true.

2. On February 3, 2015, Bexar County Justice Court, Precinct 3-1 issued judgment in forcible detainer Cause 31E1500070 in favor of the Appellee. See Exhibit A.

3. On February 9, 2015 the Appellant perfected an appeal. See Exhibit B.

4. The Appellee nor his attorney of record received the notice prescribed under Texas Rules of Civil Procedure 143a, setting the 20 day time period within which the appellant must pay the court costs (TRCP 143a notice).

5. March 17, 2015, the Bexar County Clerk sent the Appellee's attorney a notice stating the appeal was being dismissed for failure to pay the court costs under TRCP 143a.

6. The Bexar County Clerk sent the notice certified mail return receipt property addressed to the Appellee's attorney, as required by TRCP 21a. However, the Appellee's attorney never received the notice.

7. The 20 day notice was mis-delivered, because the return receipt was signed by someone other than James Minerve or one of his employees. See Exhibit C.

8. Attorney James Minerve operates out of a home office at 115 Saddle Blanket Trail, Buda, Texas 78610. Mr. Minerve employed only two persons at all times relevant to this matter, legal assistants Kevin Gates and Maria Rogers.

Page 1 of 2

9. Mr. Minerve nor his legal assistants signed the return receipt, and neither of them received the 20 day notice.


_____
JAMES MINERVE
Affiant and Attorney for Appellant Jeremiah Martin
Minerve Law Firm
115 Saddle Blanket Trail
Buda, Texas 78610
Tel: 888-818-1440 / Fax: 888-230-6397


State of Texas          §
County of Hays          §

Sworn to and subscribed before me on the 18th day of April, 2015, by JAMES MINERVE.

MARIA A. ROGERS
MY COMMISSION EXPIRES
June 24, 2017

_____
Notary Public, State of Texas
My Commission Expires: 6-24-17